IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD MCGILL,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 12-5690 |
| : | and all related cases |
| **POLICE OFFICER THOMAS** : | |
| **LICIARDELLO,** *individually and in his* : | |
| *official capacity*, **et al.,** : | |
| **Defendants.** : | |
| : | |

## SCHEDULING ORDER

**AND NOW**, as discussed during the June 2, 2015 Chambers conference, this 3rd day of June, 2015, it is hereby **ORDERED** as follows:

1. The Parties shall jointly select six "bellwether" cases, pursuant to the schedule set out below. These six cases will be removed from suspense and consolidated for disposition. The remainder of the cases shall remain in suspense until the bellwether cases are resolved. To facilitate the Court's litigation management, the firm of Krasner & Long shall, for case management purposes only, be appointed Co-Counsel in each of the bellwether cases.

2. The Parties shall exchange proposed criteria for selecting the bellwether cases by **June 24, 2015**.

3. The Parties shall submit their jointly selected six bellwether cases by **July 13, 2015**.

4. If the Parties cannot agree on the bellwether cases, they shall notify the Court.

5. <u>Monell</u> discovery as to all cases shall begin as follows: the Parties shall propound their first sets of interrogatories and requests for document production no later than **July 23, 2015**.

6. A scheduling conference will be held in my Chambers, Room 6613, on **July 28, 2015** at

   3:00 p.m.  Defense Counsel and Lead Plaintiffs' Counsel, Krasner & Long, shall attend. No other Counsel is required to attend.

7. Any related cases filed in this Court after June 3, 2015 will be placed in suspense pending resolution of the cases that are presently pending.

8. The Clerk of Court shall place this Order on the dockets of all actions with the flag "12-5690-PD" that have been assigned to me for pre-trial administrative purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

June 3, 2015                                                              Paul S. Diamond, J.